# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| **v.** | **TELEPHONE STATUS CONFERENCE**<br>**(Counsel Only)** |
| **LORENZO WOOD, JR.** | **Case No. 25-CR-215** |

| | |
|---|---|
| HONORABLE BYRON B. CONWAY, presiding | Time Called: 1:30 p.m. |
| Proceeding Held: December 19, 2025 | Time Concluded: 1:34 p.m. |
| Deputy Clerk: Joleen | Tape: Zoom 121925 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel Humble |
| LORENZO WOOD, JR. by: | Thomas Phillip |

Mr. Phillip provides the court with the status of the case. The defendant's state court revocation hearing is scheduled for around January 21, 2026. In this case, there is a plea agreement being circulated between the parties. He requests the court schedule a counsel only telephone status conference in about 30-45 days.

Mr. Humble does not object.

**The court schedules a counsel only telephone status conference for January 20, 2026 at 2:30 p.m.**

The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from December 19, 2025 until January 20, 2026 is excluded under the Speedy Trial Act.