UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-215

LORENZO WOOD, JR. ,

Defendant.

**IN THE MATTER OF THE APPLICATION AND ORDER FOR
A WRIT OF HABEAS CORPUS FOR PROSECUTION**

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Dodge Correctional Institution, for the following judicial proceeding:

Defendant:    LORENZO WOOD, JR., DOC #: 00236551, DOB: xx/xx/1967
Proceeding:   Sentencing
Date/Time:    April 29, 2026, at 2:30pm
Before:       United States District Judge Byron B Conway
              125 S. Jefferson Street, Room 201
              Green Bay, Wisconsin

Respectfully submitted this 16th day of April, 2026.

_s/ Daniel R. Humble_____
DANIEL R. HUMBLE
Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Green Bay, Wisconsin, this 16th day of April, 2026.

_____
HON. TIFFANY E. WOELFEL
United States Magistrate Judge