UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-215

LORENZO WOOD, JR. ,

Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To: **WARDEN OR SUPERINTENDENT, DODGE CORRECTIONAL INSTITUTION OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

It is HEREBY ORDERED that you have Lorenzo Wood, Jr., DOC #: 00236551, DOB: xx/xx/1967 now detained at the Dodge Correctional Institution, produced under safe and secure conduct, to the Honorable Byron B Conway, United States Courthouse, 125 S Jefferson Street, Room 201, Green Bay, Wisconsin, commencing on April 29, 2026 at 2:30pm for the purpose of a Sentencing.

It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

WITNESS, The Honorable Tiffany E. Woelfel, United States Magistrate Judge for the Eastern District of Wisconsin, at Green Bay, in the State and Eastern District of Wisconsin, on this 16th day of April, 2026.

LINDA M. KLEMM
Clerk of Court

BY:

s/ Kyle W. Frederickson
Deputy Clerk