# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**v.**                                           SENTENCING MINUTES

**LORENZO WOOD, JR.**                    **Case No. 25-CR-215**

---

HONORABLE BYRON B. CONWAY, presiding          Time Called: 2:33 p.m.
Proceeding Held: April 29, 2026          Time Concluded: 3:12 p.m.
Deputy Clerk: Joleen                             Tape: 042926

**<u>Appearances</u>:**

UNITED STATES OF AMERICA by:          Daniel Humble

LORENZO WOOD, JR. by:                 Thomas Phillip

US PROBATION OFFICE by:               Amy Kosmoski

---

☒ The parties have no objections to the factual statements in the PSR.
☒ The parties have no objections to the application of the guidelines in the PSR.
☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant: _____
☐ Objections/corrections to application of guidelines in PSR by ☐ Plaintiff ☐ Defendant: _____

☒ Court adopts the factual statements and guideline application as set forth in the PSR.
☐ Court adopts the factual statements and guideline application with the following changes: _____

---

☒ Government presents sentencing argument: 188 months on each count, concurrent.
☒ Defendant presents sentencing argument: 174 months concurrent to state sentence. 5 years supervised release.
☒ Defendant exercises right of allocution.
☒ Court imposes sentence *(see page 2)*.
☒ Government dismisses remaining count.
☒ Defendant advised of appeal rights.

---

**SENTENCE IMPOSED:**

**Imprisonment:** Ct. 1: 174 months
Ct. 3: 174 months

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED: 174 months.**

☒ This term of imprisonment is to be served (☒ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving; specifically, Winnebago County Case No. 08CF45. This sentence begins on forthwith, beginning April 29, 2026.

**Probation:**

**Supervised Release:** Ct. 3: 5 years

☐ Supervised release term for each count to be served concurrently for a total term of _____ years.

**MONETARY PENALTIES**

**Special Assessment:** $ 200.00_____ due immediately

**Fine:** $_____ ☒ fine waived

**Restitution:** $ 170.00_____ ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at placement at an institution as close to Wisconsin as possible.
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒ Other: The court recommends mental health counseling.

**CUSTODY**

☒ Defendant is remanded to the custody of the U.S. Marshal Service.
☐ Defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ Defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ Defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.

☐ Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.

☐ Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ Court adopts the rationale for said conditions of supervision as set forth in the presentence investigation report.